IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES COLLINS and KEN NEWMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | No. 1:19-cv-01983-LPS<br><br>*Document electronically filed* |

**DEFENDANT FORD MOTOR COMPANY'S**
**MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendant Ford Motor Company ("Ford") hereby moves to dismiss Plaintiffs' Amended Class Action Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth in the accompanying brief. A proposed order also accompanies this motion.

Dated: February 7, 2020

Respectfully submitted,

By: /s/Virginia A. Gibson, Esq.
Virginia A. Gibson, Esq. (Del. Bar No. 3699)
virginia.gibson@hoganlovells.com
HOGAN LOVELLS US LLP
1735 Market Street; Floor 23
Philadelphia, PA 19103
Telephone: (267) 675-4635
Facsimile: (267) 675-4601

Michael L. Kidney, Esq.*
E-mail: michael.kidney@hoganlovells.com
James W. Clayton, Esq.*
E-mail: james.clayton@hoganlovells.com

1

2

HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

(* - admitted *pro hac vice*)

*Attorneys for Defendant*