IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES COLLINS and KEN NEWMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | C.A. No. 1:19-cv-01983-LPS<br><br>**JURY TRIAL DEMANDED** |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Daniel C. Levin of Levin Sedran Berman LLP to represent Plaintiffs, in this matter.

**DELEEUW LAW LLC**

May 14, 2020

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (DE Bar ID #3569)
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
(302) 351-6905 (fax)
brad@deleeuwlaw.com
*Attorneys for Plaintiffs*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
United States District Judge